USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2026

JACK S. DWECK*
H.P. SEAN DWECK**

CHRISTOPHER S. FRASER***

ROURKE FEINBERG****

ERIC J. SCHMERTZ
  1925-2010
    .
  * ADMITTED TO NY CONN. AND FLA. BARS
 ** ADMITTED TO NY, N.J. AND PA. BARS
*** ADMITTED TO NY AND NJ BARS
**** ADMITTED TO NY BAR

## THE DWECK LAW FIRM, LLP

1 ROCKEFELLER PLAZA

NEW YORK, N.Y. 10020
TELEPHONE:  (212) 687-8200
FACSIMILE:  (212) 697-2521

WWW.DWECKLAW.COM

WESTCHESTER OFFICE
901 NORTH BROADWAY
NORTH WHITE PLAINS, N.Y.  10603

NOT FOR SERVICE OF PAPERS

CONNECTICUT OFFICE
GRAVEL ISLAND ROAD
NEW CANAAN, CT 06840

(203) 972-3000

NOT FOR SERVICE OF PAPERS

June 17, 2026

## LETTER MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

### *Via ECF*

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Jasmine Court Housing Development Fund Corp. v. Alliance of
Nonprofits for Insurance Risk Retention Group 25 CV 07853 (AT)**

Honorable Judge Torres:

I represent the Plaintiff in this action.

This Letter Motion is made pursuant to Your Honor's Individual Rule I(C). The parties
seek a 45-day extension of time to complete the depositions and fact discovery.  The current
deadline is June 22, 2026, and we request an extension to August 6, 2026. There has been one
prior request for an extension which was on consent of the parties and was granted.

The need for the 45-day extension of the prior dates set by the Court is as follows:

1. The Defendant's depositions (2 witnesses) were scheduled for June 19,
   2026, but Plaintiff counsel has a conflict.
2. Defendant issued and served two non-party subpoenas for depositions to
   take place on June 17, 2026, and June 18, 2026.  When counsel for
   Defendant attempted to confirm the depositions, they were advised that the

two non-party witnesses had just retained counsel and that counsel needed a 30 day extension because they had just been retained.

This is a declaratory judgment action on an insurance policy. The parties have proceeded through discovery, including the service of Rule 26 Disclosures, answers to Interrogatories and response to demands for production of documents. Paper discovery has been completed. This took longer than anticipated as Defendant produced in excess of 9000 pages of documents.

As for experts, the Plaintiff and Defendant do not contemplate retaining expert witnesses.

Discovery should be concluded once the above referenced depositions are concluded and any remaining paper discovery.

Both sides consent to this application.

Respectfully submitted,

The Dweck Law Firm, LLP

*s/ HP Sean Dweck*

H.P. Sean Dweck

cc: counsel via ECF

GRANTED. By **August 6, 2026**, fact discovery shall be complete. The case management conference currently scheduled for July 13, 2026 is ADJOURNED to **August 24, 2026**, at **12:00 p.m.** By **August 17, 2026**, the parties shall file a joint status update in this matter in accordance with paragraph 16 of ECF No. 23.

SO ORDERED.

Dated: June 23, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge