USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE COURT HOUSING DEVELOPMENT FUND CORP.,

Plaintiff,

-against-

ALLIANCE OF NONPROFITS FOR INSURANCE RISK RETENTION GROUP,

Defendant.

25 Civ. 7853 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties report that they are "discussing whether a settlement could be achieved." *See* Joint Status Update, ECF No. 30. By **August 26, 2026**, the parties shall state whether they request a settlement conference before the Honorable Jennifer Willis or a referral to the Southern District's mediation program.

Further, the parties are reminded that under the case management plan and scheduling order entered in this case at ECF No. 23, "a pre-motion conference request for any motion for summary judgment must be made within fourteen (14) days of the close of fact discovery." Any request for an extension of this deadline pending settlement discussion shall be made by **August 26, 2026.**

The case management conference currently scheduled for August 24, 2026 is ADJOURNED *sine die*.

SO ORDERED.

Dated: August 19, 2026
New York, New York

ANALISA TORRES
United States District Judge